RECEIVED
JUN 1 2 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SIMON TEMPLE BROWN<br>    Appellant | CIVIL ACTION<br>NO. 2:11-cv-1278 |
| VERSUS | |
| MICHAEL J. ASTRUE<br>COMMISSIONER OF SOCIAL SECURITY<br>    Appellee | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Brown's appeal is GRANTED; the decision of the Commissioner is VACATED and the matter is REMANDED for further proceedings consistent with the views expressed herein.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this 12th day of _June_, 2012.

                                                JAMES T. TRIMBLE, JR.
                                          UNITED STATES DISTRICT JUDGE