RECEIVED
NOV 30 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| SIMON TEMPLE BROWN<br>    Appellant | CIVIL ACTION<br>NO. 2:11-cv-1278 |
| VERSUS | |
| MICHAEL ASTRUE, COMMISSIONER<br>    OF SOCIAL SECURITY<br>    Appellee | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed herein on October 18, 2012, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that the motion for attorney's fees (Doc. 20) is DENIED.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 30th day of November, 2012.

                                            JAMES T. TRIMBLE, JR.
                                            UNITED STATES DISTRICT JUDGE